**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JELANI HOOKS,**

        **Plaintiff,**

**-vs-**                              Case No. 6:06-cv-117-Orl-31DAB

**INCHARGE INSTITUTE OF AMERICA, INC.,**

        **Defendant.**
_____

## ORDER

Upon consideration of Defendant's Motion to Dismiss, or in the alternative, Motion for Remand (Doc. 21), the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining State Claims. Accordingly, it is

**ORDERED** that the Motion is GRANTED, and this case is REMANDED to state court. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2006.

                                                      GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party